IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Sheyla Dearcia,<br><br>           Plaintiff,<br><br>vs.<br><br>Majha Block Xpress,<br><br>           Defendants. | Case No. 2:24-cv-03484-RMG<br><br>**MAJHA BLOCK XPRESS' FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE** |

      Pursuant to Federal Rule of Civil Procedure Rule 7.1, undersigned counsel for Defendant, Majha Block Xpress, furnishes the following statement:

      Majha Block Xpress is a Canadian corporation that has no parent corporation. No publicly held corporation owns 10% or more of any stock in this Defendant.

      Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ G. Robert DeLoach, III*
G. Robert DeLoach, III, S.C. Fed Bar No. 13252
Brad Cheek, SC Fed Bar No. 14320
227 West Trade Street, Suite 300
Charlotte, NC 28202
robert.deloach@wilsonelser.com
brad.cheek@wilsonelser.com
***Attorneys for Defendant Majha Block Xpress***

April 7, 2025