# MEDIATION OF CASES PENDING BEFORE JUDGE GERGEL

Instructions: Complete this form and file it with the joint Rule 26(f) Report.

Case Name: Sheyla Dearcia v. Majha Block Xpress

C/A No.: 2:24-cv-0484-RMG

1. Would early mediation be useful in this case? NO. If the answer is in the affirmative, when would you propose to conduct mediation in this matter?

2. If early mediation is not thought to be useful, when is the earliest stage in which you believe it might be useful? UPON COMPLETION OF DISCOVERY IN ACCORDANCE WITH THE PROPOSED AMENDED SCHEDULING ORDER

3. Please provide the court with any additional information that would assist in setting a timeline for required mediation.

Signatures                                    Party Represented

_____                       SHEYLA DEARCIA

_____                       MAJHA BLOCK XPRESS

_____                       _____

_____                       _____