IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SHEYLA DEARCIA, | ) |
| | ) Civil Action No.: 2:24-cv-03484-RMG |
| Plaintiff, | ) |
| vs. | ) |
| | ) STATUS REPORT |
| MAJHA BLOCK XPRESS, | ) |
| | ) |
| Defendant. | ) |

Pursuant to this Court's December 4 Order, Plaintiff, on behalf of both parties, submits this Status Report. The parties have been engaged in settlement negotiations and have agreed to a settlement of Plaintiff's claims. The parties are finalizing the details of the settlement documents and will file a stipulation of dismissal upon completion of the settlement.

**MORGAN & MORGAN, P.A.**
By:    /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
By:    /s/G. Robert DeLoach
G. Robert DeLoach, III, Federal Bar No. 13252
227 West Trade Street, Suite 300
Charlotte, NC 28202
robert.deloach@wilsonelser.com
*Counsel for Defendant*

December 10, 2025