# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Sheyla Dearica, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:24-cv-03484 |
| | ) | |
| -vs- | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Majha Block Xpress. | ) | |
| | ) | |
| Defendant(s). | ) | |

The court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b). In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement, and the Court specifically retains jurisdiction to enforce the settlement. *See Fairfax Countywide Citizens Ass'n v. Fairfax Cnty., Va.*, 571 F.2d 1299 (4th Cir. 1978). The dismissal hereunder shall be with prejudice if no action is taken under either alternative within (60) days from the filing date of this order.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over all final settlement agreements.

**AND IT IS SO ORDERED.**

December 16, 2025                                                s/ Richard M. Gergel

Charleston, South Carolina                                    United States District Judge

1